```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 04106
   BEVERLY H GYGER
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

      Debtor
   SSN XXX-XX-3563


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/08/07 and confirmed on 04/27/07.

   2.  The case was converted to Chapter 7 after confirmation, 11/12/2008.

   3.  The Debtor paid a total of $   7600.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC AUTO FINANCE | SECURED VEHIC | 12837.00 | 1553.06 | 4752.91 |
| GREATER SUBURBAN ACCEPTA | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 301.93 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 1305.48 | .00 | .00 |
| IC SYSTEMS | UNSECURED | 173.75 | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3151.63 | .00 | .00 |
| CASH IN A WINK | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 763.74 | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CMC | UNSECURED | NOT FILED | .00 | .00 |
| MALCOLM S GERALD | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| MIDWESTERN RECIONAL MEDI | UNSECURED | 150.00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NORTHSHORE SANITARY DIST | UNSECURED | 42.11 | .00 | .00 |
| NORTHEAST RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | 651.24 | .00 | .00 |
| PROGRESSIVE ASSET MGMT S | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SFC CENTRAL BANKRUPTCY | UNSECURED | 770.40 | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 719.77 | .00 | .00 |

```
ROBERT T SVEN DDS            UNSECURED       NOT FILED              .00           .00
TELECOM USA                  UNSECURED       NOT FILED              .00           .00
CERTIFIED SERVICES INC       UNSECURED       NOT FILED              .00           .00
UNIVERSAL LENDERS            UNSECURED       NOT FILED              .00           .00
VEOLIA ES SOLID WASTE        UNSECURED       NOT FILED              .00           .00
HSBC AUTO FINANCE            UNSECURED         1101.99              .00           .00
        Summary of disbursements:
-------------------------------------------------------------------------------------
                     SECURED       PRIORITY   UNSECURED         OTHER          TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  12837.00            .00     9132.04           .00       21969.04
PRINCIPAL PAID       4752.91            .00          .00           .00        4752.91
INTEREST PAID        1553.06            .00          .00           .00        1553.06
TOTAL PAID           6305.97            .00          .00           .00        6305.97
```

The Debtor's attorney, FELD & KORRUB LLC              , was allowed $   3000.00
and was paid $    200.00   direct and $    944.03   through the plan.

The Trustee received $    350.00 .

Refunds to the Debtor totaled $      .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/12/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 07 B 04106 BEVERLY H GYGER